## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23–cv–02222–JSC

| | |
|---|---|
| Cabo et al v. Sequoia Capital Operations, LLC et al | Date Filed: 05/05/2023 |
| Assigned to: Judge Jacqueline Scott Corley | Date Terminated: 06/15/2023 |
| Relate Case Case:   3:22–cv–07336–JSC | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Fraud | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Leandro Cabo**  represented by  **Kathryn Rachel Lanier**
*individually and on behalf of all others* Lanier Law Firm
*similarly situated* TX
 10940 W. Sam Houston Pkwy North
 Suite 100
 Houston
 Houston, TX 77064
 713–659–5200
 Email: rachel.lanier@lanierlawfirm.com
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Leeds**  represented by  **Kathryn Rachel Lanier**
*individually and on behalf of all others* (See above for address)
*similarly situated* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Flood**  represented by  **Kathryn Rachel Lanier**
*individually and on behalf of all others* (See above for address)
*similarly situated* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vardan Balayan**  represented by  **Kathryn Rachel Lanier**
*individually and on behalf of all others* (See above for address)
*similarly situated* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Bibby**  represented by  **Kathryn Rachel Lanier**
*individually and on behalf of all others* (See above for address)
*similarly situated* *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Patrick Rabbitte**  represented by  **Stuart Andrew Davidson**
 Robbins Geller Rudman & Dowd LLP
 225 NE Mizner Boulevard

|  |  |
|---|---|
|  | Suite 720<br>Boca Raton, FL 33432<br>561–750–3000<br>Fax: 561–750–3364<br>Email: sdavidson@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Consol Plaintiff**

| | | |
|---|---|---|
| **Mark Girshovich** | represented by | **Stuart Andrew Davidson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Sequoia Capital Operations, LLC**

**Defendant**

**Armanino LLP**

**Defendant**

**Prager Metis CPAs, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2023 | 1 | COMPLAINT – *CLASS ACTION with Jury Demand – No Process* against Armanino LLP, Prager Metis CPAs, LLC, Sequoia Capital Operations, LLC ( Filing fee $ 402, receipt number ACANDC−18240304.). Filed by Sean Flood, Leandro Cabo, Vardan Balayan, Erica Leeds and Kathy Bibby. (Attachments: # 1 Civil Cover Sheet)(Lanier, Kathryn) (Filed on 5/5/2023) Modified on 5/9/2023 (anj, COURT STAFF). (Entered: 05/05/2023) |
| 05/08/2023 | 2 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/22/2023. (bar, COURT STAFF) (Filed on 5/8/2023) (Entered: 05/08/2023) |
| 05/08/2023 |  | Electronic filing error. The address listed on the Pleading differs from what is listed in ECF. Please make appropriate changes. Re: 1 Complaint, filed by Vardan Balayan, Leandro Cabo, Sean Flood, Erica Leeds (jrs, COURT STAFF) (Filed on 5/8/2023) (Entered: 05/8/2023) |
| 05/09/2023 | 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/31/2023. Initial Case Management Conference set for 8/7/2023 01:30 PM in San Francisco, Courtroom C, 15th Floor. (anj, COURT STAFF) (Filed on 5/9/2023) (Entered: 05/09/2023)** |

| | | |
|---|---|---|
| 05/09/2023 | 4 | NOTICE OF RELATED CASE by Patrick Rabbitte, Mark Girshovich (Davidson, Stuart) (Filed on 5/9/2023) Modified on 5/10/2023 (anj, COURT STAFF). (Entered: 05/09/2023) |
| 05/24/2023 | 5 | **ORDER RELATING CASE. Signed by Judge Jacqueline Scott Corley on 5/24/2023.** <br><br> 23−cv−2222 & 23−2475 are related to 22−cv−7336. <br><br> (ahm, COURT STAFF) (Filed on 5/24/2023) <br><br> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 05/24/2023)** |
| 05/24/2023 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Jacqueline Scott Corley for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 5/24/2023. (Attachments: # 1 Notice of Eligibility for Video Recording)(ark, COURT STAFF) (Filed on 5/24/2023) (Entered: 05/24/2023) |
| 06/15/2023 | 7 | CONDITIONAL TRANSFER ORDER (CTO−1) by MDL Panel on 6/14/2023. (wsn, COURT STAFF) (Filed on 6/15/2023) (Entered: 06/15/2023) |